No. 578. DUFFY THEATRES, INC. *v.* GRIFFITH CONSOLIDATED THEATRES, INC. C. A. 10th Cir. Certiorari denied. *Glen D. Johnson* for petitioner.

No. 579. YOUNG ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 4th Cir. Certiorari denied. *William E. Davis, Kendall A. Young* and *T. Barton Harrington* for petitioners. *Solicitor General Sobeloff, Assistant Attorney General Holland, Ellis N. Slack* and *John J. Kelley, Jr.* for respondent.

No. 580. CHICAGO, MILWAUKEE, ST. PAUL & PACIFIC RAILROAD CO. *v.* WOODROW. Supreme Court of Minnesota. Certiorari denied. *A. C. Erdall, M. L. Bluhm* and *C. L. Taylor* for petitioner. *Harry H. Peterson* for respondent.

No. 582. INDUSTRIAL COTTON MILLS (DIVISION OF J. P. STEVENS & CO., INC.) *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 4th Cir. Certiorari denied. *Whiteford S. Blakeney* for petitioner. *Solicitor General Sobeloff, George J. Bott, David P. Findling, Dominick L. Manoli* and *Bernard Dunau* for respondent.

No. 585. Q-TIPS, INC. *v.* JOHNSON & JOHNSON. C. A. 3d Cir. Certiorari denied. *W. Brown Morton* for petitioner. *Arnold S. Worfolk* and *Norman St. Landau* for respondent.

No. 586. SKALLY ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Charles Dana Snewind* for petitioners. *Solicitor General Sobeloff, Assistant Attorney*

*General Olney, Robert S. Erdahl* and *Robert G. Maysack* for the United States.

No. 588. D. O. NORTON & SON ET AL. *v.* INDUSTRIAL ACCIDENT COMMISSION OF CALIFORNIA ET AL. Supreme Court of California. Certiorari denied. *H. Mason Welch* and *J. Joseph Barse* for petitioners. *Everett A. Corten* for the Industrial Accident Commission of California, respondent.

No. 590. HICKOK ET AL. *v.* TOLEDO SOCIETY FOR CRIPPLED CHILDREN ET AL. Supreme Court of Texas. Certiorari denied. *Frank A. Harrington* and *Henry W. Seney* for petitioners. *Charles L. Black, Virgil T. Seaberry, Bert P. Hebenstreit, Wayne E. Stichter* and *LeRoy E. Eastman* for respondents.

No. 594. HUMBLE OIL & REFINING CO. *v.* SHEPPERD, ATTORNEY GENERAL. Court of Civil Appeals of Texas, Ninth Supreme Judicial District. Certiorari denied. *Felix A. Raymer* and *Rex G. Baker* for petitioner. *John Ben Shepperd,* Attorney General of Texas, and *Phillip Robinson,* Assistant Attorney General, for respondent.

No. 600. DORRIS, COUNTY CHAIRMAN OF DEMOCRATIC PARTY OF LUZERNE COUNTY, *v.* LLOYD ET AL., COUNTY COMMISSIONERS OF LUZERNE COUNTY. Supreme Court of Pennsylvania, Eastern District. Certiorari denied. *Daniel J. Flood* and *James Lenahan Brown* for petitioner.

No. 514. WASHINGTON DEPARTMENT OF GAME ET AL. *v.* FEDERAL POWER COMMISSION ET AL. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion certiorari should be granted. *Don Eastvold,* Attor-